## CIVIL CAUSE FOR INITIAL CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 04 2018 ★

LONG ISLAND OFFICE

DATE: October 4, 2018        TIME: 30 MINUTES

CASE NUMBER      2:18-cv-03273-SJF-AKT

CASE TITLE:      Carbajal et al v. 7-Eleven, Inc. et al

PLTFFS ATTY:     Michael Taubenfeld and Vincent Bertone Jr.
                 __X__ present      _____ not present

DEFTS ATTY:      Joseph Piesco and Phillip A. Byler
                 __X__ present      _____ not present

COURT REPORTER:

COURTROOM DEPUTY: Bryan Morabito

__X__  CASE CALLED.

_____  HEARING HELD/ CONT'D TO_____.

__     ORDER ENTERED ON THE RECORD.

Amended complaint to be filed by 11/5/2018.   Outstanding discovery is respectfully referred to the assigned magistrate judge.   All discovery shall be complete by 4/5/2019.   Dispositive motion to be filed in accordance with Judge Feuerstein's rules by 7/8/2019.   A further in person pretrial conference is scheduled before Judge Feuerstein on 10/8/2019 at 11:15 am.