

DLA Piper LLP (US)
444 West Lake Street
Suite 900
Chicago, Illinois 60606-0089
www.dlapiper.com

Norman M. Leon
Norman.Leon@dlapiper.com
T  312.368.2192
F  312.630.6322

September 9, 2019

<u>*VIA E-MAIL & E-FILING*</u>

Michael Taubenfeld, Esq.
FISHER TAUBENFELD LLP
225 Broadway, Ste. 1700
New York, New York 10007

      Re:   *Carbajal, et al. v. 7-Eleven, Inc. & Choe Yong Min,*
             <u>Case No. 2:18-cv-03273 (SJF)(AKT)</u>

Dear Counsel:

      Enclosed please find the following documents in the above-referenced matter:

- Defendant 7-Eleven, Inc.'s ("7-Eleven") Notice of Motion for Summary Judgment (the "Motion");
- 7-Eleven's Memorandum of Law in support of the Motion;
- 7-Eleven's Rule 56.1 Statement of Undisputed Material Facts;
- the Declaration of Norman M. Leon, dated September 9, 2019, with supporting exhibits annexed thereto;
- the Declaration of Daniel Soper, dated September 9, 2019; and
- the Declaration of Deborah Edwards, dated August 31, 2019.

Pursuant to the Individual Rules of the Honorable Sandra J. Feuerstein, only a copy of this cover letter is being filed with the Court today via ECF. Once the motion is fully briefed, 7-Eleven will file all papers via ECF.

                Very truly yours,

                /s/ Norman M. Leon
                Norman M. Leon

Enc.
cc:   The Honorable Sandra J. Feuerstein, U.S.D.J. (via e-filing)
       Gabrielle Vinci (counsel for defendant Choe Yong Min)