UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENIGNA CARBAJAL, SHAULAT ALI CHAUDHRY, MUNEER HALEEM, DALIA WILCENSKI, KHALID MAHMOOD, ULISES ENRIQUE SANTOS LOPEZ, RASHAD RASHEED, MUHAMMAD KHALID NAZIR, ARIF MEHMOOD, IMRAN SAEED, MARIA LOURDES LOPEZ TORRES, JUAN JOSE CASTELANOS, ALEXANDER TORRES, MUHAMMAD QAMAR UL ZAMAN, LUBNA QUAMAR, NISAR CHAUDHRY, EMAD SHAHID QURAISHI, VRAJESH PATEL, JASBIR BADDHAN, and WILFIDO VASQUES VALDEZ, individually and on behalf of others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>7-ELEVEN, INC. and CHOE YONG MIN,<br><br>      Defendants. | Case No. 2:18-cv-03273 (SJF)(AKT) |

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of the Defendant 7-Eleven, Inc.'s ("7-Eleven") Motion for Summary Judgment; the Statement of Undisputed Material Facts Pursuant to Local Rule 56.1 in Support of 7-Eleven's Motion for Summary Judgment; the Declaration of Norman M. Leon, dated September 9, 2019, with supporting exhibits annexed thereto; the Declaration of Daniel Soper, dated September 9, 2019; and the Declaration of Deborah Edwards, dated August 31, 2019, Defendant 7-Eleven hereby moves this Court before the Honorable Sandra J. Feuerstein in Courtroom 1010 of the United States District Court for the Eastern District of New York, 100 Federal Plaza, Central Islip, New York 11722, at a date and time to be determined, for an Order pursuant to Rule 56 of

the Federal Rules of Civil Procedure granting summary judgment in favor of 7-Eleven on all of the plaintiffs' claims asserted against 7-Eleven in the above-captioned action, and granting such other and further relief as the Court deems just and proper.

In accordance with the Court's July 9, 2019 Order, opposition papers and any reply papers shall be filed in accordance with the Individual Rules of Honorable Sandra J. Feuerstein and Local Civil Rules 7.1 and 11.1 of the United State District Court for the Eastern District of New York.

Dated: New York, New York
      September 9, 2019

Respectfully submitted,

**DLA PIPER LLP (US)**

By: /s/ Norman M. Leon
    Norman M. Leon

**DLA PIPER LLP (US)**
Norman M. Leon, Esq.
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Tel.:   (312) 368-4000
Email: norman.leon@dlapiper.com

Joseph A. Piesco, Esq.
Garrett D. Kennedy, Esq.
1251 Avenue of the Americas
New York, New York 10020
Tel.:   (212) 335-4500
Email: joseph.piesco@dlapiper.com
Email: garrett.kennedy@dlapiper.com

*Attorneys for Defendant 7-Eleven, Inc.*